

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

September 14, 2022

**By Email**

The Honorable Paul E. Davison
United States Magistrate Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

    Re:   *United States v. Anthony Gerard Maguire*, 22 Mag. 7289

Dear Judge Davison,

    In light of the arrest of fugitive Anthony Gerard Maguire in the above-referenced matter, the Government respectfully requests that the complaint be unsealed.

So Ordered 9/14/22

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Ryan W. Allison
Assistant United States Attorney
(914) 993-1953