**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/30/22

September 30, 2022

**BY ECF AND EMAIL**

The Honorable Paul E. Davison
United States Magistrate Judge
Southern District of New York
Hon. Charles L. Brieant, Jr.
Federal Building and United States Courthouse
White Plains, New York 10601

*Hearing adjourned to 11/14/22 @ 10:00 a.m. [illegible] Counsel to propose adjusted briefing schedule.*

Re: *In the Matter of the Extradition of Anthony Gerard Maguire*, No. 22 Mag. 7289

Dear Judge Davison:

The government writes respectfully to request an adjournment of the extradition hearing in this matter to any date on or after November 8, 2022, that is convenient for the Court. Mr. Maguire joins this request. The requested adjournment will give Mr. Maguire's new counsel time to familiarize himself with the case and allow the parties to discuss a possible disposition of this matter without the need for a hearing. In the event this request is granted, absent contrary Order from the Court, the government will plan not to file an opening brief today and will instead write to the Court promptly with a new proposed briefing schedule after conferring with Mr. Maguire's new counsel.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____
Ryan W. Allison
Assistant United States Attorney
(914) 993-1953

cc: Jeffrey Greco, Esq. (by ECF and email)

APPLICATION GRANTED
Hon. Paul E. Davison, U.S.M.J.
9/30/22