UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN THE MATTER OF THE EXTRADITION
OF ANTHONY GERARD MAGUIRE

**ORDER**

22 MJ 7289 (PED)

---

**PAUL E. DAVISON, U.S.M.J.**:

The Court today grants the Government's motion for Certification of Extraditability to the United Kingdom and an Order of Commitment, rejecting fugitive Anthony Gerard Maguire's arguments in opposition to extradition.[1]

Maguire's alternative request for bail pending extradition is **DENIED**. There is a "presumption against bail in extradition cases," such that bail can only be granted in "special circumstances." *United States v. Leitner*, 784 F.2d 159, 160 (2d Cir. 1986). I find no special circumstances here, and specifically reject Maguire's suggestion that his fear of criminal retribution upon his return to the United Kingdom – a circumstance which, if anything, gives rise to a motive to flee – constitutes a special circumstance warranting bail.

Dated: November 18, 2022
White Plains, New York

SO ORDERED

Paul E. Davison, U.S.M.J.

---

[1] The fugitive has apparently changed his name to "Gerard Christopher Maguire."